UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DELMIS GUZMAN-FUENTES,

    Petitioner,

v.

MICHAEL B. MUKASEY, Attorney General of the United States, et al.,

    Respondents.

CASE NO.  C08-340-RSL-JPD

ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition and all papers and exhibits in support and in opposition to that petition, having granted Petitioner's motion to accept her late filing, and having considered the late filing, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's Petition for Writ of Habeas Corpus, Dkt. 10, Part 3, is DENIED, Respondents' Motion to Dismiss, Dkt. 21, is GRANTED, and this action is DISMISSED with prejudice; and

(3)     The Clerk is directed to send copies of this Order to the parties.

DATED this 18th day of July, 2008.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER